UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CHRISTOPHER S. LAGERVALL,

               Plaintiff,

       v.

MARGE LITTRELL, et al.,

               Defendants.

No. CV-04-5008-FVS

ORDER

**THE PLAINTIFF** having been released from the custody of the Washington Department of Corrections; the plaintiff having failed to provide the District Court Executive with an address to which correspondence may be sent; the plaintiff having failed to take any steps since his release to prosecute his remaining claims; the defendants having filed a "Motion to Dismiss for Failure to Prosecute"; the defendants having taken reasonable steps to serve a copy of the motion upon the plaintiff; and the plaintiff having failed to respond to the defendants' motion; Now, therefore

**IT IS HEREBY ORDERED:**

1. The "Defendants' Motion to Dismiss for Failure to Prosecute" (**Ct. Rec. 43**) is granted.

2. The plaintiffs' complaint is dismissed without prejudice.

ORDER - 1

1      3. All remaining motions are denied as moot.

2      **IT IS SO ORDERED.**  The District Court Executive is hereby

3  directed to enter this order, mail a copy to the plaintiff's last

4  known address, furnish a copy to counsel for the defendants, and

5

6  close this case.

7      **DATED** this  16th  day of June, 2005.

8

9                        s/ Fred Van Sickle
                         Fred Van Sickle
                 Chief United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2